Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. BELL; and GAIL P. BELL, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC,<br><br>Defendant. | Case No.: 2:18-cv-00475-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiffs David A. Bell and Gail P. Bell ("Plaintiffs"), by and through their counsel of record, and Defendant Select Portfolio Servicing, Inc., ("SPS" or "Defendant") have agreed to stipulate to the following:

1. On March 15, 2018, Plaintiff filed a Complaint [ECF No. 1].

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On April 20, 2018, SPS filed a Motion to Dismiss Complaint [ECF No. 11]

3. Plaintiff's response is due May 4, 2018.

4. The parties stipulate to a seven-day extension of Plaintiffs' deadline to respond to SPS's Motion to Dismiss. This extension is necessary to provide Plaintiffs' counsel additional time to handle several overlapping deadlines. As a result, both Plaintiff and SPS hereby request this Court to further extend the date for Plaintiff to respond to SPS' Motion to Dismiss Complaint until **May 11, 2018.**

IT IS SO STIPULATED.
May 3, 2018

| /s/ *Matthew I. Knepper* | /s/ *Matthew S. Carter* |
|---|---|
| Matthew I. Knepper, Esq. | Matthew S. Carter, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9524 |
| Miles N. Clark, Esq. | WRIGHT FINLAY & ZAK, LLP |
| Nevada Bar No. 13848 | 7785 W. Sahara Ave, Suite 200 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89117 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: mcarter@wrightlegal.net |
| Las Vegas, NV 89129 | |
| | David L. Permut, Esq. (*Admitted* P*ro Hac Vice*) |
| David H. Krieger, Esq. | GOODWIN PROCTOR LLP |
| Nevada Bar No. 9086 | 901 New York Avenue, NW |
| HAINES & KRIEGER, LLC | Washington, D.C. 20001 |
| 8985 S. Eastern Avenue, Suite 350 | Email: dpermut@goodwinlaw.com |
| Henderson, Nevada 89123 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Select Portfolio Servicing, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 3, 2018.