Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. BELL; and GAIL P. BELL, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No.: 2:18-cv-00475-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs David A. Bell and Gail P. Bell ("Plaintiffs"), by and through his counsel of record, and Defendant Select Portfolio Servicing, Inc. ("SPS") have agreed and stipulated to the following:

1. On March 15, 2018, Plaintiffs filed a Complaint [ECF No. 1].

2. On April 20, 2018, SPS filed a Motion to Dismiss the Complaint [ECF No. 11].

3. On May 11, 2018, Plaintiffs filed a First Amended Complaint [ECF No. 20].

4. On June 2, 2018, Plaintiffs filed a Second Amended Complaint [ECF No. 31].

5. On June 18, 2018 SPS filed a Motion to Dismiss the Second Amended Complaint [ECF No. 34].

6. Plaintiff's Response is currently due July 2, 2018.

7. Plaintiff and SPS have agreed to extend Plaintiff's response four days in order to allow Plaintiffs' counsel to meet and confer with Plaintiffs prior to filing their opposition to SPS's Motion to Dismiss. As a result, the parties hereby stipulate to and request this Court grant a four-day extension for Plaintiffs' deadline to respond to SPS' Motion to Dismiss Second Amended Complaint until **July 6, 2018**.

8. The parties also stipulate to extending SPS's reply brief deadline to **July 20, 2018** as SPS's counsel will be travelling during much of the seven-day period following July 6, 2018.

IT IS SO STIPULATED.
July 2, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Matthew S. Carter* |
|---|---|
| Matthew I. Knepper, Esq. | Matthew S. Carter, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9524 |
| Miles N. Clark, Esq. | WRIGHT FINLAY & ZAK, LLP |
| Nevada Bar No. 13848 | 7785 W. Sahara Ave, Suite 200 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89117 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: mcarter@wrightlegal.net |
| Las Vegas, NV 89129 | |
| | David L. Permut, Esq. (*Pro Hac Vice*) |
| David H. Krieger, Esq. | GOODWIN PROCTOR LLP |
| Nevada Bar No. 9086 | 901 New York Avenue, NW |
| HAINES & KRIEGER, LLC | Washington, D.C. 20001 |
| 8985 S. Eastern Avenue, Suite 350 | Email: dpermut@goodwinlaw.com |
| Henderson, Nevada 89123 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Select Portfolio Servicing, Inc.* |

**IT IS SO ORDERED.**
　　　　　　　　　　　　　　　　　　　　　　　　　7/02/2018
UNITED STATES DISTRICT JUDGE