Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. BELL; and GAIL P. BELL, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No.: 2:18-cv-00475-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Select Portfolio Servicing, Inc. ("SPS"), from the above captioned action, with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 1, 2018.

STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated this 31st day of July, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiffs* | /s/ *Matthew S. Carter* <br> Matthew S. Carter, Esq. <br> Nevada Bar No. 9524 <br> WRIGHT FINLAY & ZAK, LLP <br> 7785 W. Sahara Ave, Suite 200 <br> Las Vegas, NV 89117 <br> Email: mcarter@wrightlegal.net <br><br> David L. Permut, Esq. (*Pro Hac Vice*) <br> GOODWIN PROCTOR LLP <br> 901 New York Avenue, NW <br> Washington, D.C. 20001 <br> Email: dpermut@goodwinlaw.com <br><br> *Attorneys for Defendant* <br> *Select Portfolio Servicing, Inc.* |

## **ORDER GRANTING**

## **STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC.**

## **WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this \_\_\_\_ day of _____ 2018.

STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE - 2